# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Bakken Waste, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Soja, Inc., | ) | |
| | ) | Case No. 4:14-cv-081 |
| Defendants. | ) | |

Before the court are motions for attorneys Bradley A. Levin and Elisabeth L. Owen to appear *pro hac vice* on behalf of plaintiff. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Bradley A. Levin and Elisabeth L. Owen have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 2 and 3) are **GRANTED**. Attorneys Bradley A. Levin and Elisabeth L. Owen are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 23rd day of July, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge